PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2021

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Patrick James Linehan** ) | Case No. 2:20CR00159-RMP-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Patrick James Linehan, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

While under pretrial release supervision, Mr. Linehan has maintained employment at a local car dealership as a lot attendant. On February 5, 2021, Mr. Linehan's employer contacted the undersigned officer and advised that the company will be implementing an Internet-based time card tracking program to document employee hours in the near future. Additionally, the employer advised Mr. Linehan is required to complete a training program that will require him to access the Internet for work purposes. The employer confirmed that they have a general understanding of Mr. Linehan's current legal status and he would only need to access the Internet during working hours at his place of employment.

Currently, additional condition #22 of his release order (CM/ECF No. 13) restricts Mr. Linehan from accessing the Internet in any way. However, the condition also states if Mr. Linehan's employment involves the use of computers or other digital devices, the condition may be revisited.

Based on his need to access the Internet for employment purposes, the undersigned officer respectfully recommends the following modification of Mr. Linehan's conditions of pretrial release supervision:

**Modified Condition:** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant may access the Internet for employment purposes and only at his place of business. Any other Internet access is prohibited.

The U.S. Attorney's Office had no objection to this request to modify conditions of pretrial release supervision.

I consent to this modification of my release conditions and agree to abide by this modification.

| _(signed)_ | 2-9-21 | _Erik Carlson_ | 02/09/2021 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Patrick James Linehan | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _(signed)_ | 02-09-21 |
|---|---|
| Signature of Defense Counsel | Date |
| Andrea George | |

[X] The above modification of conditions of release is ordered, to be effective on 2·11-21

[ ] The above modification of conditions of release is not ordered.

| _(signed)_ | 2-11-21 |
|---|---|
| Signature of Judicial Officer | Date |

John T. Rodgers, U.S. Magistrate Judge