PROB 12C
(6/16)

Report Date: December 13, 2022

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 13, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Patrick James Linehan | Case Number: 0980 2:20CR00159-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: October 25, 2022 | |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | |
| Original Sentence: Prison - 1 day<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: October 25, 2022 |
| Defense Attorney: Andrea K. George | Date Supervision Expires: October 24, 2032 |

### PETITIONING THE COURT

To issue a summons.

On October 27, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Patrick Linehan, as outlined in the judgment and sentence. He signed the judgement acknowledging an understanding of the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.<br><br>**Supporting Evidence:** In November 2022, Patrick Linehan allegedly violated special condition number 1 by having unauthorized contact with a minor.<br><br>On November 21, 2022, this officer was contacted by the offender's attorney, who advised that a recent sex offender treatment session revealed Mr. Linehan had unauthorized contact with a minor since commencing federal supervision. According to the information received at that time, the offender went to his girlfriend's home and her minor-aged daughter was |

Prob12C
Re: Linehan, Patrick James
December 13, 2022
Page 2

unexpectedly at the home. The undersigned was informed that the offender told the child he could not be around her, and promptly left the home.

On November 28, 2022, Mr. Linehan reported to the U.S. Probation Office to meet with the undersigned probation officer as instructed; he was accompanied by his attorney. During that meeting, the offender offered a differing story. According to Mr. Linehan, his girlfriend's minor-aged daughter thought she was unable to see him because of something she had done wrong, so he went to her home to reassure her otherwise. This officer expressed concern that the offender made no mention that his girlfriend had a minor-aged daughter during his initial intake with this officer, and that he intentionally made contact with a minor, then failed to notify the U.S. Probation Office within a timely manner.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/13/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/13/2022
Date