PROB 12C
(6/16)

Report Date: May 20, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick James Linehan     Case Number: 0980 2:20CR00159-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 25, 2022

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |
| Original Sentence: | Prison - 1 day<br>TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick |
| | Date Supervision Commenced: October 25, 2022 |
| Defense Attorney: | Andrea K. George |
| | Date Supervision Expires: October 24, 2032 |

## PETITIONING THE COURT

To issue a summons.

On October 27, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Patrick Linehan, as outlined in the judgment and sentence. He signed the judgement acknowledging an understanding of the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #9**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |
| | **Supporting Evidence**: Between April 11 and 22, 2024, Patrick Linehan allegedly violated special condition number 9 by searching for and viewing sexually explicit content, to include some content involving children, contrary to his sex offender treatment program. |
| | On April 14, 2024, this officer received Mr. Linehan's weekly accountability report from Accountable2You (A2Y). The report identified quite a bit of questionable activity, to include the following videos from YouTube: "Breast Feeding Scene - Grown Ups;" "How to Make Her Squirt-6 Steps to Give Her a Squirting Orgasm;" "How to Massage Her Breasts |

Prob12C
Re: Linehan, Patrick James
May 20, 2024
Page 2

and Give Her a Breast Orgasm;" "How to Finger a Pussy - Master Fingering a Woman;" "Changes in the woman's body and vagina 6 weeks after her baby was born;" and "Where's the hymen? Does it need to poke it for the first time? (Demonstration)."

Additionally, one video was entitled "Olha a tatica que nossa bebe usa so pra granhar uma gale de teta;" when translated from Portugese to English, it means "Look at the tactic our baby uses just to get a load of tits." This officer found that video on YouTube and it depicts a minor female child being breast fed by an adult female.

On April 24, 2024, the offender reported to the U.S. Probation Office to meet with the assigned probation officer as instructed. When confronted with the A2Y accountability report, Mr. Linehan claimed it was "grossy." He had no explanation for the videos outlined in the report, but was insistent that he had not viewed that content for sexual purposes. The offender also confirmed that he does not speak or understand Portugese.

During that meeting, Mr. Linehan's cell phone was subject to a search as a result of the questionable activity identified by A2Y. The first application that was searched was his YouTube app, as all of the questionable activity was identified in that app. In the offender's account tab of YouTube, under "History" was a video of a naked baby in a bucket of water; it was entitled "Banho de Laura," which means "Laura's Bath" in Portugese. The undersigned watched that video, which shows an infant female being bathed, and the child's vagina and buttocks are clearly visible.

As a result of that search, the offender's cell phone was seized in order for a more detailed search to be conducted. As of the writing of this report, the results of that search are not yet available.

This officer consulted the offender's sex offender treatment provider, Priscilla Hannon. She stated that Mr. Linehan had contacted her after meeting with the undersigned, but he had conveniently failed to mention the presence of children in the content he had been viewing, and the treatment provider agreed that "videos of babies are problematic." Ms. Hannon further confirmed that such content violates the lifestyle restrictions of Mr. Linehan's sex offender treatment program.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/20/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Linehan, Patrick James**
**May 20, 2024**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge

 May 21, 2024
_____
Date